# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

MELISSA GODINEZ,                                    CASE NUMBER:  C15-5040RJB

                                                   JUDGMENT IN A CIVIL CASE

                    Plaintiff,

                    v.

NORTHWEST PIPE COMPANY,

                    Defendant.

_____ Jury Verdict. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

__X__ Decision by Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.


      THE COURT HAS ORDERED THAT this case IS DISMISSED WITHOUT PREJUDICE for failure to comply with Local Rule 83.1 or respond to the Court's April 2, 2015 Order to Show Cause.


_____April 28, 2015_____                    WILLIAM M. McCOOL_____
                                           CLERK

                                           /s/ Dara .Kaleel_____
                                           By Dara L. Kaleel, Deputy Clerk